# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CHRISTOPHER BILICKI,          )
                                        )
     Plaintiff,                )
                                        )
v.                           )     CIVIL ACTION NO.
                                        )     1:22-cv-03974-LMM-WEJ
FIRST ADVANTAGE BACKGROUND   )
SERVICES, CORP.,            )
and DOES 1-10 inclusive,      )
                                        )
     Defendants.             )

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Christopher Bilicki and Defendant First Advantage Background Services Corp. hereby stipulate to the dismissal, without prejudice, of all claims asserted by Plaintiff against all Defendants. Plaintiff and First Advantage shall each bear their own costs and attorneys' fees.

- 1 -

Respectfully submitted this 1st day of December, 2022.

/s/ Devin Fok
Devin Fok (admitted *pro hac vice*)
devin@devinfoklaw.com
DHF LAW, PC
2304 Huntington Drive, Suite 210
San Marino, California 91108
Tel: (888) 651-6411

Craig E. Bertschi
Georgia Bar No. 055739
ceb@mcraebertschi.com
MCRAE BERTSCHI & COLE LLC
1872 Independence Square, Suite D
Dunwoody, Georgia 30338
Tel: (678) 999-1102

*Counsel for Plaintiff*

/s/ Esther Slater McDonald
Frederick T. Smith
Georgia Bar No. 657565
fsmith@seyfarth.com
Esther Slater McDonald
Georgia Bar No. 649005
emcdonald@seyfarth.com
Racquel V. McGee
Georgia Bar no. 206826
rmcgee@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta, Georgia 30309-3958
Tel: (404) 885-1500

*Counsel for Defendant*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the foregoing Stipulation of Dismissal Without Prejudice of All Remaining Claims and Defendants by electronically filing same with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated 1st day of December, 2022

*/s/ Devin Fok*
Devin Fok (SBN #256599)
devin@devinfoklaw.com
DHF Law, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: (888) 651-6411
Fax: (818) 484-2023